### EARL SHAFFER V. THE STATE.

No. 21129. Delivered June 5, 1940.

The opinion states the case.

*W. H. Crunk,* of Cooper, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.

The offense is possessing whisky in a dry area for the purpose of sale; the punishment, a fine of $400.00.

The record is before us without a statement of facts or bills of exception. In the absence of a statement of facts we are unable to appraise appellant's objections to the charge of the court.

The judgment is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.